**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7153

DAVID HENRY MILLER,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA DEPARTMENT OF
CORRECTION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-01-214-5-BO)

Submitted: November 8, 2001       Decided: November 16, 2001

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

David Henry Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Henry Miller appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint for his failure to sufficiently particularize it. We have reviewed the record and the district court's order. We affirm the order on the reasoning of the district court but modify it to provide that the dismissal of Miller's complaint is without prejudice. <u>Miller v. North Carolina Dep't of Corr.</u>, No. CA-01-214-5-BO (E.D.N.C. June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED AS MODIFIED</u>